UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 19-20814-CIV-MORENO**

ROBERTO ABDON ISAIAS DASSUM and
WILLIAM ESTEBAN ISAIAS DASSUM,

        Petitioners,

vs.

JUAN ACOSTA in his official capacity as
Assistant Field Office Director of the ICE
Miami Field Office and Officer in Charge,
Krome Service Processing Center, Miami,
Florida;

JIM MARTIN, in his official capacity as
Acting Field Office Director for the ICE Miami
Office of Enforcement & Removal Operations;

RONALD D. VITIELLO, in his official
capacity as Acting Director of United States
Immigration and Customs Enforcement; and

KIRSTJEN M. NIELSEN in her official
capacity as Secretary of the United States
Department of Homeland Security,

        Respondents.
_____/

## ORDER OF RECUSAL

The undersigned Judge, to whom the cause was assigned, recuses himself and refers this cause to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455 and Local Rule 3.6, because the undersigned's wife has served as transactional and business legal counsel for the Petitioners.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ of March 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of the United States District Judge  KATHLEEN M. WILLIAMS  .

Copies of this Order shall be served on all parties of record by the United States Mail. All documents for filing in this case shall carry the following case number and designation:  19-CV-20814-WILLAMS/TORRES  .

By Order of the Court dated this   1st   of March 2019.

Copies provided to:

Counsel of Record